CERTIFICATE OF SERVICE

I, Lorraine Gauli-Rufo, Esq., Attorney for Appellant Marijan Cvjeticanin, hereby certify that the Brief and Appendices, Volumes one through six in this matter were served via *ECF* upon Mark Coyne Esq., Chief of Appeals, United States Attorney Office, this 9th day of July, 2016.

                                                                 S/Lorraine Gauli-Rufo
                                                                 Lorraine Gauli-Rufo
                                                                 Attorney for Marijan Cvjeticanin