CERTIFICATE OF SERVICE

I certify that the Reply Brief and Supplemental Appendix was served *via ECF* upon Johnathan F. Romano, Esq., AUSA, Appeals Division, 970 Broad Street, Newark, NJ , 07102, this 15th, day of September 2016.

<u>S/ Lorraine Gauli-Rufo</u>
Lorraine Gauli-Rufo
Attorney for Appellant Marijan Cvjeticanin